IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIC JOHNSON**  **PLAINTIFF**
**ADC #099607**

v.  No. 4:23-cv-00801-LPR

**CHARONE ALEXANDER and**
**WINDELL JOHNSON**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 47) and the Plaintiff's Objections (Doc. 49). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant Johnson's Motion for Summary Judgment (Doc. 35), adopted by Defendant Alexander, is GRANTED. Judgment will be entered for Defendants on Plaintiff's medical deliberate indifference claims against them.[1] The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Technical edits have been made to the RD concerning the disposition of this case. Additionally, the Court construes the second paragraph on page 9 of the RD to mean that, on the record in front of the Court, no reasonable jury could conclude that APRN Johnson or Nurse Alexander were deliberately indifferent to Plaintiff's serious medical needs. So construed, the RD is correct.